No. 10–5141. FLORES SALAS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–5142. MOBLEY *v.* OHIO. Ct. App. Ohio, Fairfield County. Certiorari denied.

No. 10–5143. TRIANA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–5144. WILSON *v.* MCNEIL, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–5145. NICHOLS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–5146. WEICKSEL *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–5147. AZURE, AKA WIND *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–5148. JOHNSON *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 10–5150. KELLY-PALMER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–5151. BITTAN *v.* HAWAII DEPARTMENT OF HUMAN SERVICES. Sup. Ct. Haw. Certiorari denied.

No. 10–5152. BELK *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–5155. BURKS *v.* RUSHTON, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 10–5156. BURGE *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 10–5157. ODOM *v.* NORTH DAKOTA. Sup. Ct. N. D. Certiorari denied.

No. 10–5158. MCGRAW *v.* ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.